**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**SIDNEY COOK**                                                                                   **PLAINTIFF**

**VERSUS**                                                       **CIVIL ACTION NO. 2:06CV67-P-B**

**MERCK & CO., INC.,**
**ALLYSON DUCKWORTH,**
**and JOHN DOES 1-5**                                                       **DEFENDANTS**

**ORDER**

This cause is before the Court on defendant Merck & Co., Inc.'s Motion to Stay All Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation [6-1]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied.

IT IS, THEREFORE, ORDERED AND ADJUDGED that defendant Merck & Co., Inc.'s Motion to Stay All Proceedings Pending a Decision on Transfer by the Judicial Panel on Multidistrict Litigation [6-1] is not well-taken and should be, and hereby is, DENIED. IT IS FURTHER ORDERED that the defendants are to file their response and memorandum brief in opposition to the plaintiff's Motion to Remand within ten (10) days of the entry of this Order, or on or before May 26, 2006.

SO ORDERED, this the 9th day of May, 2006.

                                                                /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE